AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

United States of America
v.
KHALIFA ALI AL-AKILI
*Defendant(s)*

Case No. (UNDER SEAL) 12-196

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 4, 2010 in the county of Westmoreland County in the Western District of Pennsylvania, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. Sections 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Jonathan Neely, Federal Air Marshal
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 14, 2012

[signature]
*Judge's signature*

City and state: Pittsburgh, Pennsylvania

Robert C. Mitchell, U.S. Magistrate Judge
*Printed name and title*