IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States of America )
) Magistrate No. 12-196
v. ) (UNDER SEAL)
KHALIFAH ALI AL-AKILI )

## AFFIDAVIT FOR CRIMINAL COMPLAINT

I, Jonathan Neely, being first duly sworn under oath, depose and state as follows:

1. Your affiant is employed as a Federal Air Marshal for Department of Homeland Security, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, since March 2002.

2. This affidavit is based on your affiant's training, experience, personal knowledge and observations in this investigation; upon your affiant's discussions with other law enforcement officers and agents directly involved in this investigation; and upon your affiant's review of official reports submitted in relation to this investigation. Further, this affidavit contains information to support probable cause but is not intended to convey all of the facts known through the investigation.

3. On or about February 13, 2012, the FBI obtained a copy of an email from nogodbutallah@inbox.com:

1

From:      Feek brooks [nogodbutallah@inbox.com]

Sent:      Sunday, July 04, 2010 7:28 PM

TO:        KHALIFAH Al-Akili; nogodbutallah@inbox.com

SUBJECT:   KHALIFAH the Skeik at the Range wit da 22. Long Rifle

Attachments:   DSCN0890.JPG
               http://www.youtube.com/watch?v=TRZdJ9QPpb4
               http://www.youtube.com/watch?v=Kc7tZFUwfM4

Let me know if you want me to delete this ak, Salaams.

4. The attachment to the above identified email, DSCN0890.JPG, consisted of a digital image of an individual holding a rifle pointing at a target. Based upon the image and the "to email address" the person depicted holding the gun has been determined to be KHALIFAH ALI AL-AKILI. Affiant has personally observed KHALIFAH ALI AL-AKILI on multiple occasions. Affiant has examined the image and has identified the person holding the firearm as KHALIFAH ALI AL-AKILI.

5. On July 4, 2010, Rafiq Brookins sent an email to KHALIFAH ALI AL-AKILI from an account associated with Brookins identified as la.ilaha.ila.allah1@gmail.com (subscriber information received from Google via a grand jury subpoena identifies Rafiq Brookins as the subscriber of this email account). Brookins also sent this email to his own Inbox.com account. This message had an attachment identified as DSCN0888.AVI. This attachment was a seven second video of AL-AKILI at a shooting range. The video depicts AL-AKILI pointing a rifle with a scope on it down range in a firing position

2

when a voice is heard which causes AL-AKILI to turn to his left side and look away from the target area. Next to KHALIFAH ALI AL-AKILI on a stand where he was sitting were boxes of ammunition and a handgun. Your affiant can identify this person depicted in the video as KHALIFAH ALI AL-AKILI.

6. Computer forensic analysis of the digital video file determined that the video was produced on July 4, 2010, the same day as the above identified email communication from "Feek Brooks" (a/k/a Rafiq Brookins)[1] to KHALIFAH ALI AL-AKILI.

7. On March 12, 2012, Brookins was interviewed by agents with the FBI. Brookins was presented with a copy of an image depicting what appears to be a bearded white male wearing a head covering and eyeglasses, sighting a target through a long gun. Brookins affirmatively identified this individual as KHALIFAH ALI AL-AKILI.

8. Brookins was also presented with a image depicting what appears to be a bearded white male, wearing eyeglasses, and a head covering. The photograph further depicts what appears to be a .22 rifle leaning against a shooting platform, with the .22 rifle resting, muzzle down. Brookins identified the individual in the image as KHALIFAH ALI AL-AKILI. Brookins explained that four

---

[1] On September 27, 2009, an individual who identified himself in email headers as 'Feek Brooks' sent an email to a party unrelated to the current matter identifying himself as, Rafiq Brookins of Pittsburgh, PA.

3

individuals, including himself, discharged firearms at a firing range on the day that the image was produced, including KHALIFAH ALI AL-AKILI. Brookins stated that KHALIFAH ALI AL-AKILI discharged the .22 rifle, which Brookins described as a "butt-feed" rifle.

9. In a subsequent interview, on March 13, 2012, after he admittedly conferred with KHALIFAH ALI-AKILI regarding his interview with the FBI, Brookins attempted to distance himself from his statements of March 12, 2012, which occurred less than 24 hours prior. For example, KHALIFAH ALI-AKILI suggested that he could not be certain whether AL-AKILI had in fact discharged the rifle. Despite his apparent hesitation to affirm all of his statements of March 12, 2012, Brookins did affirmatively identify the individual in the images and the video holding the long rifle as AL-AKILI.

10. Affiant has consulted ATF regarding the firearm depicted in the image held by AL-AKILI. According to agents with the ATF, with expertise in firearms identification, there are only two known .22 rifle manufacturers in Pennsylvania, neither of which appear to manufacture a "butt-fed" rifle.

11. Records indicate that on February 27, 2001, KHALIFAH ALI AL-AKILI a/k/a James Marvin Thomas, Jr., pleaded guilty to two counts of manufacture, delivery or possession with intent to manufacture or deliver of narcotics in Westmoreland County, Pennsylvania. This is a felony conviction, punishable by more than one year imprisonment, in the State of Pennsylvania. KHALIFAH ALI

4

AL-AKILI was sentenced to a minimum of 2.5 years and a maximum of 5 years in prison as a result of his felony conviction. (Records also indicate that AL-AKILI has been convicted of other felony offenses).

12. Based upon the preceding facts in this affidavit, your affiant has probable cause to believe that on or about July 4, 2010, KHALIFAH ALI AL-AKILI committed the crime of being a felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g).

The above-mentioned is true and correct to the best of my knowledge, information and belief.

JONATHAN NEELY
Federal Air Marshal
Department of Homeland Security

Sworn and subscribed to before me this 14th day of March, 2012.

UNITED STATES MAGISTRATE JUDGE