1546

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA   )
                           )        Criminal No. 12-91
            v.             )
                           )        (18 U.S.C. § 922(g)(1))
KHALIFAH ALI AL-AKILI      )
a/k/a James Marvin Thomas, Jr.)

## INDICTMENT

The grand jury charges:

On or about July 4, 2010, in the Western District of Pennsylvania, the defendant, KHALIFAH ALI AL-AKILI, a/k/a James Marvin Thomas, Jr., after having been convicted in the Court of Common Pleas, County of Westmoreland, Criminal Division, Commonwealth of Pennsylvania, on or about October 25, 2000, at Criminal Action No. 4504C1999, of the crime of Possession With Intent to Deliver a Controlled Substance (a felony), and Delivery of a Controlled Substance (a felony) which are crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a .22 caliber rifle.

In violation of Title 18, United States Code, Section 922(g)(1).

A true bill

_____
Foreperson

_____
DAVID J. HICKTON
United States Attorney
PA ID No. 34524

**FILED**

APR 10 2012

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA