IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

USA,

        Plaintiff,                    12cr91

                                      **ELECTRONICALLY FILED**

        v.

KHALIFA ALI AL-AKILI,

        Defendant.

## CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby withdraws his plea of not guilty and now pleads guilty to Count 1 in open court this 27th day of November, 2012.

_____
(Defendant's Signature)

_____
(Attorney for Defendant's Signature)