IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       )
                               )
              v.               )       Criminal No. 12-91
                               )
KHALIFA ALI AL-AKILI           )

**DEFENDANT KHALIFA ALI AL-AKILI'S STATEMENT OF
POSITION ON SENTENCING FACTORS**

Defendant Khalifi Ali Al-Akili ("Mr. Al-Akili"), through his counsel, Assistant Federal Public Defender Markéta Sims, respectfully files the within Statement of Position on Sentencing Factors.

1. Defense counsel has discussed Mr. Al-Akili's Statement of Position on Sentencing Factors with the United States Probation Office and the United States Attorney's Office.

2. Mr. Al-Akili objects to Paragraph 21, in which the Probation Office asserts that the disposition of this matter, which occurred when Mr. Al-Akili was fourteen years old, was an adjudication of delinquency. From the limited description provided, it appears that the matter was resolved pursuant to a consent decree, which is not an adjudication of delinquency under Pennsylvania law. 42 Pa. C. S. § 6340(a)("At any time after the filing of a petition and before the entry of an adjudication order, the court may, on motion of the district

attorney or of counsel for the child, suspend the proceedings, and continue the child under supervision in his own home, under terms and conditions negotiated with the probation services and agreed to by all parties affected.  The order of the court continuing the child under supervision shall be known as a consent decree").

3.   Mr. Al-Akili also objects to ¶¶ 24 and 25, in which the Probation Office alleges that he was arrested at age 12 for theft by unlawful taking and receiving stolen property and at age 13 for simple assault, as he does not believe that he was arrested or charged by juvenile authorities in either case.

Respectfully submitted,

s/ Markéta Sims
Markéta Sims
Assistant Federal Public Defender
Attorney Pa. I.D. No. 66325