```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      )
                              )
         v.                   )    Criminal No. 12-91
                              )
KHALIFA ALI AL-AKILI          )
```

**DEFENDANT KHALIFA ALI AL-AKILI'S SUPPLEMENTAL LETTERS IN SUPPORT OF MEMORANDUM IN MITIGATION OF SENTENCE**

Khalifi Ali Al-Akili ("Mr. Al-Akili"), through his counsel, Assistant Federal Public Defender Markéta Sims, respectfully files the within Supplemental Letters in support of his Memorandum in Mitigation of Sentence from his close friends Rafiq Brookins and Nathan Ackinson, labeled collectively as Exhibit 1.

                                        Respectfully submitted,

                                        s/ Markéta Sims
                                        Markéta Sims
                                        Assistant Federal Public Defender
                                        Attorney Pa. I.D. No. 66325

Case 2:12-cr-00091-MRH   Document 66   Filed 04/24/13   Page 2 of 2