```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    )
                            )
          v.                )    Criminal No. 12-91
                            )
KHALIFA ALI AL-AKILI        )
```

**DEFENDANT KHALIFA ALI AL-AKILI'S STATEMENT REGARDING <u>DKT. NO. 80</u>**

Khalifi Ali Al-Akili ("Mr. Al-Akili"), through his counsel, Assistant Federal Public Defender Markéta Sims, respectfully files the within Statement with regard to Mr. Al-Akili's correspondence to the Court, filed at Dkt. No. 80, which concerns immigration proceedings involving Mr. Al-Akili's wife, Hibo Hasan Mursal.  No action is required by the Court in connection with the correspondence with reference to  Criminal No. 12-91, which is currently pending on appeal.

                              Respectfully submitted,

                              <u>s/ Markéta Sims</u>
                              Markéta Sims
                              Assistant Federal Public Defender
                              Attorney Pa. I.D. No. 66325