UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-2303
_____

UNITED STATES OF AMERICA

v.

KHALIFA ALI AL-AKILI,
                Appellant
_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. Crim. No. 2-12-cr-00091-001)
District Judge: Hon. Mark R. Hornak

_____

Submitted under Third Circuit LAR 34.1(a)
February 11, 2014

Before: CHAGARES, SHWARTZ and ALDISERT, <u>Circuit Judges</u>.

(Filed: August 26, 2014)
_____

JUDGMENT
_____


This cause came on to be considered on the record from the United States District

Court for the Western District of Pennsylvania and was submitted on February 11, 2014.

On consideration whereof, it is now hereby ADJUDGED and ORDERED that the judgment of the District Court entered April 29, 2013, be and the same is hereby affirmed.

All of the above in accordance with the Opinion of this Court. No cost taxed.

Attest:

s/Marcia M. Waldron
DATED: August 26, 2014          Clerk