IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 12-91 |
| KHALIFA ALI AL-AKILI | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

AND NOW, comes the United States by its attorneys, Cindy K. Chung, United States Attorney in and for the Western District of Pennsylvania, and James R. Wilson, Assistant United States Attorney in and for said District and files the following Response to Defendant's Motion for Early Termination of Supervised Release and in support of the same sets forth the following:

1. On November 16, 2022, at Doc. No. 96 Defendant filed a Motion for Early Termination of Supervised Release;

2. In said Motion Defendant recites his history of incarceration, release, and conduct under the terms and conditions of supervision, noting with particularity that he has served more than 3 years and 7 months of his term of five years supervised release;

3. The government has reviewed the matters under consideration with the United States Probation office for the Western District of Pennsylvania;

4. The government has no objection to this Court granting Defendant an early termination of his term of supervised release.

Respectfully submitted,

CINDY K. CHUNG
United States Attorney

*/s/ James R. Wilson*
JAMES R. WILSON
Assistant U.S. Attorney
PA ID No. 27648